IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PEJMAN AND SHANNON TOURADJI<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No.   20-863 T |

**PLAINTIFFS' MOTION FOR LEAVE**
**TO FILE UNDER SEAL**

Plaintiffs, Pejman and Shannon Touradji, by and through their undersigned counsel, hereby move the Court, pursuant to Federal Rule of Civil Procedure 5.2(d) and RCFC 5.2(d), to file electronically under seal Plaintiffs' complaint and the exhibits therein (the "Complaint"), filed simultaneously with this motion on July 15, 2020.  Plaintiffs request the Complaint be filed under seal because it contains confidential information that Plaintiffs seek to protect from public scrutiny, including their social security numbers, names of their minor children, and street address.

WHEREFORE, Plaintiffs respectfully request that their motion for leave to file electronically Plaintiffs' Complaint under seal be granted.

Respectfully submitted,

/s/ George M. Clarke III
George M. Clarke III
Attorney of Record
george.clarke@bakermckenzie.com

Mireille R. Oldak
Of Counsel
mireille.oldak@bakermckenzie.com

Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, DC  20006
Tel:  (202) 835-6184
Fax:  (202) 416-7184

Daniel A. Rosen
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Tel:  (212) 626-4272
Fax:  (212) 310-1672

Attorneys for Plaintiffs,
    Pejman and Shannon Touradji

Dated:  July 15, 2020